UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20CR0368-AJB |
| Plaintiff, | )<br>)<br>) | ORDER GRANTING JOINT MOTION TO CONTINUE |
| v. | ) | |
| MARK ZOUVAS, | )<br>)<br>) | |
| Defendant. | ) | |

Defendant Mark Zouvas and the United States of America jointly move to continue the September 14, 2020 motion hearing trial setting in this matter. The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

IT IS ORDERED that the joint motion is granted. The motion hearing trial setting shall be continued to November 9, 2020 at 2:00 p.m.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until the November 9, 2020 motion hearing trial setting shall be excluded in computing the time within which the trial must commence under the

///

///

///

Speedy Trial Act, 18 U.S.C. § 3161.

    IT IS SO ORDERED.

Dated: August 31, 2020

*[signature]*
Hon. Anthony J. Battaglia
United States District Judge